# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

| | |
|---|---|
| NEIL MORRIS, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1-04-1200 T-An |
| SAM'S CLUB and TRAVIS MALONE, ) | JURY DEMANDED |
| Defendants. ) | |

## ORDER GRANTING EXTENSION OF DEADLINES

This matter is before the Court on the Parties' Joint Motion to extend the discovery deadline and the deadline for the filing of dispositive motions. Upon consideration of the parties' Motion and for good cause shown:

It is therefore, ORDERED, DECREED, and ADJUDGED that the deadline for all written discovery and depositions be extended eight (8) days, up to and including June 30, 2005, and the deadline for the filing of dispositive motions be extended twelve (12) days, up to and including July 15, 2005.

ENTERED this the 22 day of June 2005.

S. Thomas Anderson USMJ
~~HONORABLE JAMES D. TODD~~
~~UNITED STATES DISTRICT COURT CHIEF JUDGE~~

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/23/05

**APPROVED FOR ENTRY:**

LAW OFFICES OF MAIDEN AND BENNETT

_____
RICHARD D. BENNETT, BPR #13156
1155 Halle Park Circle
Collierville, TN 38017
(901) 854-0777
(901) 861-4625 facsimile

ATTORNEY FOR PLAINTIFF


WALLER LANSDEN DORTCH & DAVIS, PLLC

_____
BRIAN A. LAPPS, JR., BPR #16185
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 850-8907
(615) 244-6804 facsimile

ATTORNEY FOR DEFENDANTS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:04-CV-01200 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Keta J. Barnes
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Honorable James Todd
US DISTRICT COURT