IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

FILED BY ___ D.C.

05 JUN 30 PM 3: 35

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN-JACKSON

| | | |
|---|---|---|
| NEIL MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1-04-1200 T-An |
| | ) | |
| SAM'S CLUB and TRAVIS MALONE, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING EXTENSION OF DEADLINES

This matter is before the Court on Plaintiff's Motion for Continuance and Extension of Deadlines. Upon consideration of the parties' Motion and for good cause shown:

It is therefore, ORDERED, DECREED, and ADJUDGED that the date set for the trial in this matter be continued until January 16th, 2006, and the deadline for all written discovery and depositions be extended ninety (90) days, up to and including September 30, 2005, and the deadline for the filing of dispositive motions be extended ninety (90) days, up to and including October 15, 2005.

ENTERED this the 30th day of June 2005.

_____
HONORABLE JAMES D. TODD
UNITED STATES DISTRICT COURT CHIEF JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7|1|05

**APPROVED FOR ENTRY:**

LAW OFFICES OF MAIDEN AND BENNETT

_____
RICHARD D. BENNETT, BPR #13156
1155 Halle Park Circle
Collierville, TN 38017
(901) 854-0777
(901) 861-4625 facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2005, I served a copy of the foregoing pleading upon the following person(s) by:

| | |
|---|---|
| _____ | Hand delivery; |
| __X__ | U.S. Mail (First Class/Postage Prepaid) |
| _____ | U.S. Mail (Certified/Return Receipt Requested) |

TO:   Brian A. Lapps, Jr.
       Waller Lansden Dortch & Davis, PLLC
       511 Union Street, Suite 2700
       Nashville, TN  37219
       Phone:  (615) 850-8907
       Fax:    (615) 244-6804

_____
**RICHARD D. BENNETT**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01200 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Keta J. Barnes
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Honorable James Todd
US DISTRICT COURT