IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 OCT -4 PM 1:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| NEIL MORRIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| VS. ) | No. 04-1200-T/An |
| ) | |
| SAM'S CLUB and TRAVIS MALONE, ) | |
| ) | |
|    Defendants. ) | |

ORDER OF REFERENCE

On September 30, 2005, plaintiff filed a motion for continuance of the trial date, combined with a motion for extension of certain pretrial deadlines. The motion for continuance is hereby REFERRED to U.S. Magistrate S. Thomas Anderson for disposition at the same time as the motion for extension of deadlines.

IT IS SO ORDERED.

                                          /s/ James D. Todd
                                          JAMES D. TODD
                                          UNITED STATES DISTRICT JUDGE

                                          3 October 2005
                                          DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/5/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CV-01200 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James William Jefferson Farrar
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Honorable James Todd
US DISTRICT COURT