# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| NEIL MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 04-1200-T-An |
| | ) | |
| SAM'S CLUB and TRAVIS MALONE, | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER GRANTING MOTION FOR CONTINUANCE
## AND EXTENSION OF DEADLINES

---

Before the Court is Plaintiff's Motion for Continuance and Extension of Deadlines filed on September 30, 2005.

For good cause shown, the motion is **GRANTED.**

The parties shall complete all written discovery and depositions on or before November 30, 2005, and shall have until December 15, 2005 to file dispositive motions.

The trial is reset to **MONDAY, MARCH 20, 2006 at 9:30 a.m.**  The Pretrial Order shall be due on or before **FRIDAY, MARCH 10, 2006.**  The Plaintiff's final list of witnesses and exhibits shall be served on the Defendant by **FEBRUARY 3, 2006,** and the Defendant's final list of witnesses and exhibits shall be served on the Plaintiff by **FEBRUARY 17, 2006.**  Each party

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/18/05

shall have 10 days after service to file objections thereto.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 14, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:04-CV-01200 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

James William Jefferson Farrar
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT