IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| NEIL MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO.: 04-1200-T-An |
| | ) |
| SAM'S CLUB and TRAVIS MALONE, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO CONTINUE TRIAL AND EXTENSION OF DEADLINES AND DENYING MOTION TO WITHDRAW PREVIOUSLY FILED MOTION

Before the Court is the Joint Motion for Continuance and Extension of Deadlines and to Withdraw Previously Filed Motion filed on October 24, 2005.

It appearing that the motion is well taken, the Joint Motion for Continuance and Extension of Deadlines is **GRANTED**. The Motion to Withdraw Previously Filed Motion is **DENIED** as moot as the Court ruled on this motion on October 17, 2005.

The trial is reset to **MONDAY, AUGUST 7, 2006 at 9:30 a.m.** The Joint Pretrial Order shall be due on or before **FRIDAY, JULY 28, 2006.** The parties shall have until **MARCH 31, 2006** to complete written discovery and depositions. The deadline for the filing of dispositive motions shall be **APRIL 28, 2006**. The Plaintiff's final list of witnesses and exhibits shall be served on the Defendant by **JUNE 23, 2006,** and the Defendant's final list of witnesses and

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/8/05

1

exhibits shall be served on the Plaintiff by **JULY 7, 2006**. Each party shall have 10 days after service to file objections thereto.

**IT IS SO ORDERED.**

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 07, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01200 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James William Jefferson Farrar
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT